SULAIMAN LAW GROUP, LTD.
Alexander J. Taylor, Esq. (State Bar No. 332334)
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181 x180
Facsimile: (630) 575-8188
Email: ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ROBERT A. RICHARDSON, | Case No. 8:23-cv-01084-FWS-KES |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that ROBERT A. RICHARDSON ("Plaintiff"), hereby notifies the Court that the Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

1

Respectfully submitted this 21st day of August 2023.

>  /s/Alexander J. Taylor
>  Alexander J. Taylor, Esq.
>  California Bar No. 332334
>  Counsel for Plaintiff
>  Sulaiman Law Group, Ltd
>  2500 S Highland Ave, Suite 200
>  Lombard, IL 60148
>  Telephone: (630) 575-8181 Ext. 180
>  ataylor@sulaimanlaw.com
>  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

>  /s/ Alexander J. Taylor
>  Alexander J. Taylor