**SULAIMAN LAW GROUP, LTD**
Alexander J. Taylor (State Bar No. 332334)
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
ataylor@sulaimanlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ROBERT A. RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | **Case No**. 8:23-cv-01084-FWS-KES<br><br>**AGREED STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ROBERT A. RICHARDSON and the Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against EXPERIAN INFORMATION SOLUTIONS, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

| | |
|---|---|
| Dated: November 6, 2023 | Respectfully Submitted, |

| | |
|---|---|
| **RICHARD A. RICHARDSON** | **EXPERIAN INFORMATION SOLUTIONS, INC.** |
| */s/Alexander J. Taylor*<br>Alexander J. Taylor, Esq.<br>California Bar No. 332334<br>Counsel for Plaintiff<br>Sulaiman Law Group, Ltd<br>2500 S Highland Ave, Suite 200<br>Lombard, IL 60148<br>Telephone: (630) 575-8181 Ext. 180<br>ataylor@sulaimanlaw.com<br>*Attorney for Plaintiff* | */s/ Hillary Green, Esq.*<br>Hillary Green, Esq.<br>California Bar No. 243221<br>Counsel for Defendant<br>Jones Day<br>3161 Michelson Drive, Suite 800<br>Irvine, California 92612<br>Telephone: (949) 851-3939<br>hgreen@jonesday.com<br>*Attorney for Defendant* |

### **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Alexander J. Taylor*
Alexander J. Taylor